**Writ of Mandamus Dismissed; Opinion issued April 19, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00435-CV**

**IN RE PERRY PATTERSON, Relator**

**Original Proceeding from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-11133-P**

**MEMORANDUM OPINION**

Before Justices FitzGerald, Lang, and Myers
Opinion by Justice FitzGerald

Before the Court is relator's petition for writ of mandamus complaining that neither the Court of Criminal Appeals nor this Court has sent him a copy of a petition for discretionary review filed by relator's attorney. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the Court of Criminal Appeals. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction to the extent it seeks relief regarding the Court of Criminal Appeals. To the extent the petition requests a copy of the petition for discretionary review from this Court, relator has not shown he is entitled to that relief, and we **DENY** that portion of the petition. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

130435F.P05